UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEIA GILES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL EXPRESS TRANSIT CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No.  1:22-cv-00257-JLT-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 15) |

　　　　On September 13, 2022, the parties filed a stipulation to continue the Scheduling Conference.  The parties explain that the current date falls on Yom Kippur and Plaintiff's counsel devoutly observes this holiday and would be unable to be present.  (Doc. 15.)

　　　　Having considered the parties' stipulation, and good cause appearing, the Scheduling Conference currently set for October 5, 2022, is HEREBY CONTINUED to **November 9, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report one week prior to the conference.

　　　　The parties shall appear at the conference remotely with each party connecting either <u>via Zoom video conference or Zoom telephone number</u>.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password

1

are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated: **September 15, 2022**          /s/ *Barbara A. McAuliffe*          
                                                      UNITED STATES MAGISTRATE JUDGE